IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Wilmer David Loftin, )<br>              ) <br>              Plaintiff, )<br>              )<br>v.            )<br>              )<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY ADMINISTRATION, )<br>              )<br>              Defendant. )<br>_____) | CIVIL ACTION NO. 3:10-02781-RBH-JRM<br><br><br><br><br>**ORDER** |

This is a Social Security case filed by the Plaintiff, *pro se,* on October 27, 2010, pursuant to 42 U.S.C. § 405(g). Defendant filed an Answer on April 11, 2011. Pursuant to Local Rule 83.VII.04, D.S.C., the Plaintiff may file a written brief within thirty (30) days of the filing of Defendant's Answer. This deadline has passed, and Plaintiff has apparently elected not to file a brief. As such, it appears that the Plaintiff does not wish to continue to prosecute this action. Therefore,

IT IS ORDERED that the Plaintiff shall have ten (10) days from the date of this order in which to file a brief. Failure to do so may result in a recommendation that this case be dismissed for failure to prosecute. *See* 41(b) Fed.R.Civ.P.

**IT IS SO ORDERED.**

_____
JOSEPH R. MCCROREY
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

May 17, 2011